907 A.2d 1007

A.A., A.B., A.C., A.D. (BY M.M., HIS NATURAL PARENT), A.E., A.F., AND A.G. (ALL FICTITIOUS INITIALS), INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PLAINTIFFS–PETITIONERS, v. STATE OF NEW JERSEY, RICHARD J.CODEY, IN HIS OFFICIAL CAPACITY AS ACTING GOVERNOR, STATE OF NEW JERSEY, PETER C. HARVEY, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL, STATE OF NEW JERSEY, AND JOSEPH R. FUENTES, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF THE NEW JERSEY STATE POLICE, DEFENDANTS–RESPONDENTS.

September 8, 2006.

Denied.

907 A.2d 1007

ASSEM A. ABULKHAIR, PLAINTIFF–PETITIONER, v. REUBEN BANKS, DEFENDANT–RESPONDENT.

September 8, 2006.

Denied.

907 A.2d 1007

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. MICHAEL BELL, DEFENDANT–PETITIONER.

September 8, 2006.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).